■ KATHLEEN A. SHARP, Respondent, v DONALD N. SHARP, Appellant.—

Present—Callahan, J. P., Boomer, Pine, Balio and Davis, JJ.

■ JAMES H. HOWARTH, Respondent, v BOWLING ALLEY BUILDERS, INC., et al., Appellants.—

Supreme Court erred, however, in expanding upon the easement rights reserved in the 1966 deed. There is no support in the record for the court's alteration of the scope and terms of that easement, and the order is modified to delete the remaining decretal paragraphs. (Appeal from judgment of Supreme Court, Monroe County, Siracuse, J.—declaratory judgment.) Present—Callahan, J. P., Boomer, Pine, Balio and Davis, JJ.